**Lewis WATKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 65918.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 1995.

Application to Transfer Denied
April 25, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM*

PER CURIAM.

Movant appeals from his motion court's denial, without evidentiary hearing, of movant's Rule 24.035 motion to vacate his Alford plea of guilty to first degree burglary. The motion court made complete findings of fact and conclusions of law that the allegations of the motion were refuted by the record. Those findings of fact are not clearly erroneous and no error of law appears. An opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).